IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 5693 |
| INDUSTRIAL MECHANICAL SERVICES, INC., an Illinois corporation, | ) ) ) | JUDGE JOHN Z. LEE |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, INDUSTRIAL MECHANICAL SERVICES, INC., an Illinois corporation, in the total amount of $33,485.91, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,217.50.

On August 6, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his son, Ory) at his residence/place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 27, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

# CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of October 2014:

      Mr. David Berner, Registered Agent
      Industrial Mechanical Services, Inc.
      2624 Poplar View Bend
      Elgin, IL   60120


              /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Industrial Mechanical\#23673\2014  14 C 5693\motion for default judgment (2).cmc.df.wpd